**UNITED STATES DISTRICT COURT DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MINTVEST CAPITAL, LTD. | ) Case No.: 25-1019 (FAB-MEL) |
| | ) **FEDERAL SECURITIES LAW** |
| Plaintiff, | ) **VIOLATIONS,** |
| | ) **UNJUST ENRICHMENT** |
| v. | ) **BREACH OF CONTRACT,** |
| | ) |
| NYDIG TRUST COMPANY; | ) **THIRD PARTY BENEFICIARY** |
| NYDIG MINING LLC; and STONE | ) |
| RIDGE HOLDINGS GROUP, LP, | ) **31 L.P.R.A. 3374** |
| | ) |
| Defendants. | ) **DEMAND FOR JURY TRIAL** |
| | ) |

**MOTION FOR LEAVE TO FILE A REPLY
TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE TO AMEND
THE COMPLAINT AND TO FILE EXCESS PAGES**

**TO THE HONORABLE COURT:**

   **COMES NOW**, the plaintiff, **MINTVEST CAPITAL, LTD.,** through the undersigned attorneys, and respectfully states, alleges and prays as follows:

1. Plaintiff seeks leave to reply to Defendants' Opposition to its Motion for Leave to Amend the Complaint because Defendants fail to address key issues regarding the Private Securities Litigation Reform Act and its interaction with the existing causes of action.

2. Because of the variety and the complexity of the issues raised, Plaintiff also seeks to file a 13 page Reply in order to address each of the matters raised properly.

3. Plaintiff seeks leave to file the attached Draft Reply to rebut Defendants' arguments appropriately.

**WHEREFORE**, plaintiff, Mintvest, LLC very respectfully requests this Honorable Court to permit the filing of the attached Reply to Defendants' Opposition to Plaintiffs' Motion for Leave to Amend the Complaint, which consists of 13 pages.

.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on May 14, 2025

## CERTIFICATE OF SERVICE

**WE HEREBY INFORM:** that on this date we have filed and uploaded this document to the CM/ECF system for notice to all parties.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel.(787) 585-3824
E-mail: janebeckerwhitaker@gmail.com