# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINTVEST CAPITAL, LTD<br><br>Plaintiff,<br><br>v.<br><br>NYDIG TRUST COMPANY ET AL.<br><br>Defendants. | CIVIL NO.: 25-1019 (FAB) |

## INITIAL SCHEDULING CONFERENCE AND SHOW CAUSE HEARING MINUTES

An Initial Scheduling Conference and Show Cause Hearing was held on June 12, 2025 in Courtroom 4 before USMJ Marcos E. López. Counsel Jane A. Becker-Whitaker was present on behalf of plaintiff Mintvest Capital, LTD. Counsel John Arrastía, Juan J. Casillas-Ayala and Víctor O. Acevedo-Hernández were present on behalf of defendants NYDIG Mining, LLC, NYDIG Trust Company and Stone Ridge Holdings Group, LP.

The Court asked questions and allowed the attorneys for the parties to be heard regarding defendants' request for the imposition of sanctions. *See* ECF No. 68. The Court took the matter under advisement.

As to the Initial Scheduling Conference, the parties informed having exchanged their initial disclosures pursuant to FRCP 26, but granted plaintiff until June 19, 2024 to supplement its disclosures. The following deadlines were set and shall not be amended by the parties on their own without prior leave from the court:

| Deadline | Event |
|---|---|
| June 19, 2025 | Plaintiff's supplemental initial disclosures to include computation of damages |

| | |
|---|---|
| July 14, 2025 | Service of written discovery requests:<br>• Interrogatories<br>• Request for production of documents<br>• Request for admissions |
| August 15, 2025 | Answers to written discovery requests (regardless of whether they were notified before July 14, 2025):<br>• Interrogatories<br>• Request for production of documents<br>• Requests for admissions |
| August 29, 2025 | Deadline for plaintiff to announce expert witnesses and produce expert witness disclosures |
| October 29, 2025 | Deadline for plaintiff to produce expert reports |
| November 12, 2025 | Deadline for defendants to announce expert witnesses and produce expert witness disclosures |
| January 12, 2026 | Deadline for defendants to produce expert reports |
| March 9, 2026 | Conclusion of depositions (fact and expert witnesses)<br><br>Conclusion of the discovery phase of the case |
| May 11, 2026 | Motions for Summary Judgment and *Daubert* motions or motions to exclude testimony |

Regarding motions for summary judgment and the responses to the same, the parties shall comply with Local Rule 56. All exhibits submitted in support of proposed uncontested facts in a motion for summary judgment or in opposition to the same that are not in English must have an attached certified translation.

s/Miriam C. Cruz<br>
Courtroom Deputy Clerk to<br>
USMJ Marcos E. López

Scheduled for: 3:30 PM
Started at: 3:42 PM
Ended at: 5:22 PM