## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINTVEST CAPITAL, LTD. | ) Case No.: 25-1019 (FAB-MEL) |
| | ) **FEDERAL SECURITIES LAW** |
| Plaintiff, | ) **VIOLATIONS,** |
| | ) **UNJUST ENRICHMENT** |
| v. | ) **BREACH OF CONTRACT,** |
| | ) |
| NYDIG TRUST COMPANY; | ) **THIRD PARTY BENEFICIARY** |
| NYDIG MINING LLC; and STONE | ) |
| RIDGE HOLDINGS GROUP, LP, | ) **31 L.P.R.A. 3374** |
| | ) |
| Defendants. | ) **DEMAND FOR JURY TRIAL** |
| | ) |

**MOTION FOR LEAVE TO FILE A REPLY TO DEFENDANTS' RESPONSE TO OBJECTION TO THE HONORABLE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

**TO THE HONORABLE COURT:**

**COMES NOW**, the plaintiff, **MINTVEST CAPITAL, LTD.,** through the undersigned attorneys, and respectfully states, alleges and prays as follows:

1. In their response to Plaintiff's Objections to the Honorable Magistrate Judge's Report and Recommendation as to Sanctions, Docket 100, Defendants discuss the standard for imposing attorneys' fees as if it were the norm. This is incorrect, and Plaintiff seeks to correct that error with the attached Draft Reply to that response.

2. For that reason, Plaintiff asks for the leave to file the attached draft Reply.

**WHEREFORE**, plaintiff, Mintvest, LLC very respectfully requests this Honorable Court to grant it leave to file the attached Draft Reply.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on July 23, 2025

2

## CERTIFICATE OF SERVICE

**I HEREBY INFORM:** that on this date I have filed and uploaded this document to the CM/ECF system for notice to all parties.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel.(787) 585-3824
E-mail: janebeckerwhitaker@gmail.com