## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINTVEST CAPITAL, LTD. | ) Case No.: 25-1019 (FAB-MEL) |
|  | ) **FEDERAL SECURITIES LAW** |
| Plaintiff, | ) **VIOLATIONS,** |
|  | ) **UNJUST ENRICHMENT** |
| v. | )  **BREACH OF CONTRACT,** |
|  | ) |
| NYDIG TRUST COMPANY; | ) **THIRD PARTY BENEFICIARY** |
| NYDIG MINING LLC; and STONE | ) |
| RIDGE HOLDINGS GROUP, LP, | ) **31 L.P.R.A. 3374** |
|  | ) |
| Defendants. | ) **DEMAND FOR JURY TRIAL** |
|  | ) |

**REPLY TO REPONSE TO OBJECTION TO REPORT AND RECOMMENDATION**

**TO THE HONORABLE COURT:**

**COMES NOW**, the plaintiff, **MINTVEST CAPITAL, LTD.,** through the undersigned attorneys, and respectfully states, alleges and prays as follows:

1. Defendants' discussion of imposing opposing parties' attorneys fees presumes that is the norm. This is incorrect. Instead, "a court's inherent power to shift attorneys' fees should be used sparingly and 'reserved for egregious circumstances.'" *Whitney Bros. v. Sprafkin,* 60 F.3d 8,13 (1st Cir. 1995), *quoting Jones v. Winnepesaukee Realty,Inc.* 990 F2d 1, 3 (1st Cir. 1993).

**WHEREFORE**, plaintiff, Mintvest, LLC very respectfully requests this Honorable Court to reject the Report and Recommendation to the extent that it recommends the imposition of Defendants' attorneys' fees.

**RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on July 23, 2025

**CERTIFICATE OF SERVICE**

2

     **I HEREBY INFORM:** that on this date I have filed and uploaded this document to the CM/ECF system for notice to all parties.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel.(787) 585-3824
E-mail: janebeckerwhitaker@gmail.com