## UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

| | |
|---|---|
| MINTVEST CAPITAL, LTD.<br><br>Plaintiff,<br><br>v.<br><br>NYDIG TRUST COMPANY; NYDIG MINING LLC; and STONE RIDGE HOLDINGS GROUP, LP,<br><br>Defendants. | ) Case No.: 25-1019 (FAB-MEL)<br>) **FEDERAL SECURITIES LAW**<br>) **VIOLATIONS,**<br>) **UNJUST ENRICHMENT**<br>) **BREACH OF CONTRACT, THIRD**<br>) **PARTY BENEFICIARY 31 L.P.R.A.**<br>) **3374**<br>)<br>) **DEMAND FOR JURY TRIAL**<br>) |

## INFORMATIVE MOTION

**TO THE HONORABLE COURT:**

    **COMES NOW**, the plaintiff, **MINTVEST CAPITAL, LTD.,** through the undersigned attorneys, and respectfully states, alleges and prays as follows:

1. Plaintiff informs this Court that it has filed an Amended Complaint that includes these parties as well as Energy & Compute, LLC and Ashton Soniat in 25-1346 (PAD), Docket 4.

2. In the Civil Cover Sheet filed in connection with that case, the undersigned listed this case as related.

    **WHEREFOR0E**, plaintiff, Mintvest, LLC very respectfully requests this Honorable Court to take note of the above.

    **RESPECTFULLY SUBMITTED**, in San Juan, Puerto Rico on August 13, 2025

## CERTIFICATE OF SERVICE

    **I HEREBY INFORM:** that on this date I have filed and uploaded this document to the CM/ECF system for notice to all parties.

S/Jane Becker Whitaker/
**JANE BECKER WHITAKER**
USDC No. 205110
PO Box 9023914
San Juan, PR 00902-3914
Tel.(787) 585-3824
E-mail: janebeckerwhitaker@gmail.com