## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **MINTVEST CAPITAL, LTD.,**<br>Mintvest,<br><br>v.<br><br>**NYDIG TRUST COMPANY; NYDIG MINING LLC; and STONE RIDGE HOLDINGS GROUP, LP,**<br>Defendants. | **CIVIL NO. 25-1019 (FAB-MEL)** |

**INFORMATIVE MOTION REGARDING "ORDER DENYING MOTION TO VACATE"**

**To the Honorable Court**:

DB Mtg. LLC, as Trustee ("DBM"), as purchaser and current owner of the claims for relief in this action, and Defendants NYDIG Trust Company LLC ("NYDIG Trust"), NYDIG Mining LLC ("NYDIG Mining"), and Stone Ridge Holdings Group LP ("Stone Ridge") (and, together with NYDIG Mining and NYDIG Trust, "Defendants") (collectively, where appropriate, "Respondents"), respectfully express, allege, and pray:

1.  On November 25, 2025, Defendants and DBM filed a Stipulation of Dismissal with Prejudice (D.E. 126), which the Court granted by Order (D.E. 128), and subsequently entered judgment on that same day dismissing this action with prejudice (D.E. 129).

2.  On December 9, 2025, Mintvest Capital, Ltd. ("Mintvest") filed a "Notice of Void Notice of Dismissal" (D.E. 132) (the "Notice"). Thereafter, on December 11, 2025, Mintvest filed a "Motion to Vacate Judgment as to All Defendants" (D.E. 134) (the "Motion to Vacate").

3.  The Notice and the Motion to Vacate have been fully briefed and remain pending before this Honorable Court.[1]

---

[1] Respondents opposed the Notice and the Motion to Vacate at D.E. 140 and 144, respectively. Mintvest filed its reply

4.     Respondents respectfully inform the Court that Mintvest has raised the same arguments presented here in a parallel federal action, *Mintvest Capital, Ltd. v. Energy & Compute, LLC, et al.*, Civil No. 25-cv-01346 (D.P.R.), a case presided over by the Honorable Pedro A. Delgado-Hernández.

5.     In that action, Mintvest likewise filed a Notice to Void Notice of Dismissal and a Motion to Vacate Judgment that were materially identical to the motions at issue here. Those filings raised the same core contention presented in this case – namely, whether a party that no longer owns the claims at issue, after a valid execution and transfer of the choses in action to DBM, may invalidate a voluntary dismissal filed by the real parties in interest and nullify a judgment entered pursuant to that dismissal.

6.     After full briefing, Judge Delgado-Hernández rejected Mintvest's arguments and denied its Motion to Vacate Judgment. In an Order issued earlier today, the court expressly stated that "the court sees no reason to deviate from its previous ruling." A copy of that Order is attached hereto as **Exhibit A**.

7.     Respondents submit this Informative Motion solely to apprise the Court of the existence of this directly relevant ruling addressing the same legal issues presented by Mintvest in this case.

**Wherefore**, Respondents respectfully request that this Honorable Court take notice of the foregoing and the attached Order.

**Respectfully submitted** in San Juan, Puerto Rico, on January 27, 2026.

**We hereby certify** that on this date, we electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

---

to the opposition to the Notice at D.E. 148 and its reply to the opposition to the Motion to Vacate Judgment at D.E. 157. Respondents filed a sur-reply to D.E. 148 at D.E. 164 and a sur-reply to D.E. 157 at D.E. 167.

2

| | |
|---|---|
| *Attorney for DB Mtg. LLC, as Trustee* | *Attorneys for Defendants* |
| **DMR Law LLC** | **CASILLAS, SANTIAGO & TORRES, LLC** |
| Capital Center Bldg. | PO Box 195075 |
| Suite 1101 | San Juan, PR 00919-5075 |
| San Juan, PR 00918 | Tel.: (787) 523-3434 |
| Tel. 787-331-9970 | Fax: (787) 523-3433 |
| | ndelnido@cstlawpr.com |
| *s/Javier F. Micheo Marcial* | |
| Javier F. Micheo Marcial | *s/Natalia del Nido-Rodríguez* |
| USDC-PR No. 305310 | USDC-PR No. 301410 |
| j.micheo@dmrpr.com | |
| | |
| *s/ Julián R. Rodríguez-Muñoz* | |
| Julián R. Rodríguez-Muñoz | |
| USDC-PR No. 308301 | |
| j.rodriguez@dmrpr.com | |