**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| MINTVEST CAPITAL, LTD.,<br><br>**Plaintiff,**<br><br>**v.**<br><br>NYDIG TRUST COMPANY et al.,<br><br>**Defendants.** | **Civil No.** 25-1019 (FAB) |

## AMENDED JUDGMENT

In accordance with the Memorandum and Order entered today (Docket No. 172), this case is **dismissed without prejudice.**

This case is now closed for statistical purposes.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, February 23, 2026.

s/ Francisco A. Besosa
FRANCISCO A. BESOSA
SENIOR UNITED STATES DISTRICT JUDGE